# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEXANDER BERNARD BAYOT,
Appellant,

vs.

ISIDRO BACA, WARDEN,
Respondent.

No. 73144

**FILED**

AUG 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "order of affirmance entered in by the Court of Appeals of the State of Nevada on March 23, 2017 and the remittitur dated April 20, 2017." First Judicial District Court, Carson City; James Todd Russell, Judge.

Our review of this appeal reveals a jurisdictional defect. No statute or court rule permits an appeal from an order of affirmance of the Court of Appeals and from a remittitur. *See* NRAP 40(B)(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review."); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that the document can be construed as a petition for review of the Court of Appeals' order of affirmance entered on March 23, 2017 in Docket No. 71366, it was untimely filed. *See* NRAP 40B(c). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. James Todd Russell, District Judge
Alexander Bernard Bayot
Attorney General/Carson City
Clark County District Attorney
Carson City Clerk